UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR TRIGGS                                          CIVIL ACTION

VERSUS                                                 NO: 08-4006

KEVIN GROSS OFFSHORE, LLC                              SECTION: R(1)

**<u>ORDER</u>**

Before the Court is defendant Kevin Gros Offshore LLC's motion to strike plaintiff's jury demand. Plaintiff's amended complaint states that "[t]his is a case of admiralty and maritime jurisdiction and is brought pursuant to 905B of the Maritime Laws and negligence laws of the United States." The Court interprets this statement to refer to section 905(b) of the Longshore and Harbor Worker's Compensation Act. 33 U.S.C. § 901 et seq. Plaintiff's 905(b) claim "is based upon general maritime law. This being so, there is no right to a trial by jury." *Russell v. Atlantic & Gulf Stevedores*, 625 F.2d 71, 72 (5th Cir. 1980). Defendant's motion is therefore GRANTED and plaintiff's request

for a jury is struck.

New Orleans, Louisiana, this 16th day of December, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE